*Anne D. Peterson,* in support of the petition.

*Noel R. Newman, Edward V. O'Hanlan* and *Thomas J. Donlon,* in opposition.

Decided December 9, 2009

## THE WEST HAVEN LUMBER COMPANY *v.* SENTRY CONSTRUCTION CORPORATION

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 465 (AC 29609), is denied.

*Lawrence G. Rosenthal* and *Christopher E. H. Sanetti,* in support of the petition.

Decided December 9, 2009

## STATE OF CONNECTICUT *v.* BRENDA J. LARSEN

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 202 (AC 29833), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Martha Hansen,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided December 9, 2009

## IN RE G.S.

The petition by the respondent mother for certification for appeal from the Appellate Court, 117 Conn. App. 710 (AC 29890), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*David J. Reich*, in support of the petition.

*Colleen B. Valentine*, assistant attorney general, in opposition.

Decided December 9, 2009

## IN RE TREMAINE C.

The petition by the respondent mother for certification for appeal from the Appellate Court, 117 Conn. App. 590 (AC 30020), is denied.

*David B. Rozwaski*, in support of the petition.

*Michael J. LaMonica*, assistant attorney general, in opposition.

Decided December 9, 2009

## IN RE TREMAINE C.

The petition by the respondent father for certification for appeal from the Appellate Court, 117 Conn. App. 521 (AC 30083), is denied.

*David J. Reich*, in support of the petition.

*Susan T. Pearlman*, assistant attorney general, in opposition.

Decided December 9, 2009

## MERRIMACK MUTUAL FIRE INSURANCE COMPANY *v.* JEFFREY RAMSEY ET AL.

The defendant Meghan Laporta's petition for certification for appeal from the Appellate Court, 117 Conn. App. 769 (AC 30245), is denied.